```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/05
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Q MARKETING GROUP, LTD.,

                Plaintiff,

       -against-

P3 INTERNATIONAL CORPORATION,
                Defendant.
-----------------------------------------------------------X

05 CIVIL 0261 (NRB)

**JUDGMENT**

      Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 3, 2005, having rendered its Memorandum and Order granting defendant's motion to dismiss for lack of subject matter jurisdiction and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 2, 2005, defendants' motion to dismiss for lack of subject matter jurisdiction is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          August 5, 2005

                                      **J. MICHAEL McMAHON**
                                        **Clerk of Court**

                BY:

                                        **Deputy Clerk**

```
THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____
```